**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-24890-GAYLES**

**JAVIER ALMEIDA PEREZ,**

      **Petitioner**,

v.

**U.S. DEPARTMENT OF**
**HOMELAND SECURITY**,

      **Respondent.**

_____/

**ORDER REQUIRING PAYMENT OF FILING FEE OR**
**MOTION FOR LEAVE TO PROCEED _IN FORMA PAUPERIS_**

      **THIS CAUSE** comes before the Court _sua sponte_. Petitioner Javier Almeida Perez filed a

_pro se_ Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF No. 1] (the "Petition").

Petitioner has neither paid the Clerk's filing fee of $5.00 nor submitted a motion to proceed _in_

_forma pauperis_ ("IFP"), as required by the Rules Governing Section 2254 Cases in the United

States District Courts (the "Habeas Rules").[1] _See_ 28 U.S.C. § 2254 Rule 3(a); 28 U.S.C. § 1914(a).

      Accordingly, it is **ORDERED AND ADJUDGED**:

1. **On or before August 3, 2026**, Petitioner shall pay the Clerk's filing fee of $5.00 or, in the

   alternative, shall file a motion for leave to proceed IFP.

2. A motion for leave to proceed IFP must include a supporting financial affidavit and, if

   necessary, a six-month account statement. _See_ S.D. Fla. L.R. 88.2(b); 28 U.S.C.

   § 1915(a)(2); 28 U.S.C. § 2254 Rule 3(a)(2).

3. The Clerk is **DIRECTED** to mail Petitioner an Application to Proceed in District Court

---

[1] The Habeas Rules also apply to petitions filed under § 2241. _See_ 28 U.S.C. § 2254 Rule 1(b) ("The district court may apply any or all of these rules to a habeas corpus petition not covered by" § 2254).

- 2 -

Without Prepaying Fees or Costs (Short Form).

4.  Petitioner is cautioned that failure to comply with this Order will result in dismissal of the

    Petition without prejudice for failure to prosecute and failure to comply with court orders.

    *See* Fed. R. Civ. P. 41(b).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of July, 2026.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc:

**Javier Almeida Perez**
A# 244765788
Miami Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, FL 33101
*PRO SE*

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov